# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| POSTPROCESS TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AUDUBON MACHINERY CORPORATION, JOSEPH M. MCMAHON, and SCOTT GILMOUR,<br><br>Defendants. | Civil Action No. 1:19-cv-00334<br><br>Hon. Lawrence J. Vilardo<br><br>**NOTICE OF JOINT MOTION TO EXTEND PLAINTIFF'S TIME TO ANSWER** |

PLEASE TAKE NOTICE, that upon the attached Stipulation and Joint Motion Extending Plaintiff's Time to Answer, the parties respectfully move the Court for an Order extending the time for Plaintiff to answer or otherwise move with respect to the Counterclaims up to and including June 7, 2019.

Dated: May 17, 2019

| FLACHSBART & GREENSPOON, LLC | HARTER SECREST & EMERY LLP |
|---|---|
| /s/ Robert P. Greenspoon | /s/ Michael Berchou |
| Robert P. Greenspoon (rpg@fg-law.com)<br>William W. Flachsbart (wwf@fg-law.com)<br>Flachsbart & Greenspoon LLC<br>333 N. Michigan Ave., Suite 2700<br>Chicago, IL 60601-3901<br>Phone: (312) 551-9500<br>Fax: (312) 551-9501<br><br>*Attorneys for Plaintiff* | Michael J. Berchou<br>Kenneth W. Africano<br>Daniel J. Altieri<br>50 Fountain Plaza<br>Suite 1000<br>Buffalo, NY 14202<br>(716) 853-1616<br>mberchou@hselaw.com<br>kafricano@hselaw.com<br>daltieri@hselaw.com<br><br>*Attorneys for Defendants* |